**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| MARK BEKIER and RENEE BEKIER, | : | CIVIL ACTION NO: 07-0541 |
| | : | |
| PLAINTIFFS, | : | The Honorable Noel L. Hillman |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH CONSTRUCTION | : | |
| COMPANY, INC. | : | |
| And JOHN DOES 1-20 (fictitious | : | |
| Names of individuals, sole proprietors | : | |
| Partnerships, corporations, or any | : | ENTRY OF APPEARANCE |
| Entities who owned, managed, maintained | : | and DEMAND FOR JURY TRIAL |
| Inspected and/or constructed the subject | : | |
| Property) jointly, severally or in the | : | |
| Alternative, | | |
| DEFENDANTS | | |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter our appearance as counsel on behalf of Defendant, Commonwealth

Construction Company, Inc., only,  in the above-captioned matter.

## JURY TRIAL DEMANDED

A jury of twelve members and two alternatives is hereby demanded by Defendant.

**DEASEY, MAHONEY & BENDER, LTD.**


By:      /s Sheryl L. Brown
         JANE A. NORTH, ESQUIRE
         SHERYL L. BROWN, ESQUIRE
         80 TANNER STREET
         Haddonfield, NJ  08033
         T:  856-429-6331
         Attorneys for Defendant, Commonwealth
         Construction Company, Inc.

## CERTIFICATE OF SERVICE

I, SHERYL L. BROWN., ESQUIRE, hereby certify that a true and correct copy of the Defendant's Entry of Appearance was served this date on all counsel of record in the manner indicated below:

Electronic Filing:

**MICHAEL J. MCKENNA**
MCKENNA & MARCONI, ESQS.
648 LONGWOOD AVENUE
STATE HIGHWAY 38 & LONGWOOD AVENUE
CHERRY HILL, NJ 08002


DEASEY, MAHONEY & BENDER, LTD.


_/s Sheryl L. Brown_____
JANE A. NORTH, ESQUIRE
SHERYL L. BROWN, ESQUIRE
80 TANNER STREET
Haddonfield, NJ  08033
T:  856-429-6331
Attorneys for Defendant, Commonwealth
Construction Company, Inc.


March 1, 2007