**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARK BEKIER and RENEE BEKER,  :<br>                                 :<br>           Plaintiffs,           :<br>                                 :<br>      v.                         :<br>                                 :<br> COMMONWEALTH CONSTRUCTION CO.,: <br> INC., et al.,                   :<br>                                 :<br>           Defendants.          : | Civil Action No.<br>07-0541 (NLH)<br><br><br>**ORDER** |

**Appearances**:
MICHAEL J. MCKENNA
MCKENNA & MARCONI, ESQS.
648 LONGWOOD AVENUE
STATE HIGHWAY 38 & LONGWOOD AVENUE
CHERRY HILL, NJ 08002
*Attorney for Plaintiffs Mark and Renee Bekier*

SHERYL LYNN BROWN
DEASEY, MAHONEY & BENDER, LTD.
SUITE 1300
1800 JOHN F. KENNEDY BLVD.
PHILADELPHIA, PA 19103-2978
*Attorney for Defendant Commonwealth Construction Co., Inc.*

**HILLMAN, District Judge**

For the reasons expressed in this Court's Opinion entered on this date,

**IT IS HEREBY ORDERED** on this 11th day of October, 2007, that Defendant's motion to dismiss for lack of jurisdiction, or in the alternative for improper venue [4] is **GRANTED IN PART.** Although this Court cannot exercise personal jurisdiction over the defendant based on the facts of this case, we exercise our discretion and, in the interest of justice, **TRANSFER THIS CASE TO**

**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

pursuant to 28 U.S.C. § 1406.

```
                                     s/Noel L. Hillman
                                    NOEL L. HILLMAN, U.S.D.J.
At Camden, New Jersey
```