# U.S. District Court
## District of New Jersey [LIVE] (Camden)
### CIVIL DOCKET FOR CASE #: 1:07–cv–00541–NLH–JS

| | |
|---|---|
| BEKIER et al v. COMMONWEALTH CONSTRUCTION COMPANY, INC. et al | Date Filed: 02/01/2007 |
| Assigned to: Judge Noel L. Hillman | Date Terminated: 10/11/2007 |
| Referred to: Magistrate Judge Joel Schneider | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity–Personal Injury | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**MARK BEKIER**   represented by   **MICHAEL J. MCKENNA**
MCKENNA &MARCONI, ESQS.
648 LONGWOOD AVENUE
STATE HIGHWAY 38 &LONGWOOD AVENUE
CHERRY HILL, NJ 08002
(856) 665–7771
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RENEE BEKIER**   represented by   **MICHAEL J. MCKENNA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**COMMONWEALTH CONSTRUCTION COMPANY, INC.**
*also known as*
COMMONWEALTH CONSTRUCTION COMPANY

represented by   **SHERYL LYNN BROWN**
DEASEY, MAHONEY &BENDER, LTD.
SUITE 1300
1800 JOHN F. KENNEDY BLVD.
PHILADELPHIA, PA 19103–2978
215–587–9400
Email: sbrown@dmbphila.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN DOES 1–20**
*(fictitious names of individuals, sole proprietors partnerships, corporations, or any entities who owned, managed, maintained, inspected and/or constructed the subject property); jointly, severally or in the alternative*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2007 | 1 | COMPLAINT against COMMONWEALTH CONSTRUCTION COMPANY, INC., JOHN DOES 1–20 ( Filing fee $ 350 receipt number 305809.) JURY DEMAND, filed by MARK BEKIER, RENEE BEKIER.(TH, ) (Entered: 02/02/2007) |
| 02/02/2007 |  | CASE REFERRED to Arbitration. (TH, ) (Entered: 02/02/2007) |
| 02/02/2007 | 2 | Summons Issued as to COMMONWEALTH CONSTRUCTION COMPANY, INC..Days Due – 20. (TH, ) (Entered: 02/02/2007) |
| 03/01/2007 | 3 | NOTICE of Appearance by SHERYL LYNN BROWN on behalf of COMMONWEALTH CONSTRUCTION COMPANY, INC. (BROWN, SHERYL) (Entered: 03/01/2007) |
| 03/01/2007 | 4 | First MOTION to Dismiss for Lack of Jurisdiction *of Defendant Commonwealth Construction Co.* by COMMONWEALTH CONSTRUCTION COMPANY, INC.. Responses due by 3/15/2007 (Attachments: # 1 # 2 # 3)(BROWN, SHERYL) (Entered: 03/01/2007) |
| 03/01/2007 |  | Setting Deadlines as to 4 First MOTION to Dismiss for Lack of Jurisdiction *of Defendant Commonwealth Construction Co.*. Motion returnable for 4/6/2007 before Judge Noel L. Hillman. (PLEASE BE ADVISED THE MOTION WILL BE DECIDED ON THE PAPERS UNLESS OTHERWISE NOTIFIED BY THE COURT) (gn ) (Entered: 03/02/2007) |
| 04/17/2007 | 5 | BRIEF in Opposition re 4 First MOTION to Dismiss for Lack of Jurisdiction *of Defendant Commonwealth Construction Co.* filed by MARK BEKIER, RENEE BEKIER. (gn ) (Entered: 04/18/2007) |
| 04/19/2007 | 6 | REPLY to Response to Motion re 4 First MOTION to Dismiss for Lack of Jurisdiction *of Defendant Commonwealth Construction Co. or in the alternative Motion to Strike Plaintiffs' Opposition* filed by COMMONWEALTH CONSTRUCTION COMPANY, INC.. (Attachments: # 1 Brief In support of Motion to Strike/Reply to Plaintiffs' Opposition# 2 Text of Proposed Order Defendants' Motion to Strike and/or to Dismiss Plaintiffs' Complaint# 3 Exhibit Exhibits to Motion to Strike and/or Reply to Plaintiffs' Opposition)(BROWN, SHERYL) (Entered: 04/19/2007) |
| 04/30/2007 | 7 | LETTER BRIEF rebuttal filed by MARK BEKIER, RENEE BEKIER. (gn, ) (Entered: 04/30/2007) |
| 10/11/2007 | 8 | OPINION filed. Signed by Judge Noel L. Hillman on 10/11/07. (gn ) (Entered: 10/12/2007) |
| 10/11/2007 | 9 | Order transferring case to the United States District Court for the District of Delaware. Signed by Judge Noel L. Hillman on 10/11/07. (gn ) (Entered: 10/12/2007) |
| 10/11/2007 |  | ***Civil Case Terminated. (gn ) (Entered: 10/12/2007) |