UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BEKIER AND RENEE BEKIER )<br>)<br>Plaintiff. )<br>)<br>)<br>)<br>v. )<br>)<br>COMMONWEALTH CONSTRUCTION )<br>COMPANY, INC., )<br>)<br>Defendant. ) | C.A. No. 1:07-cv-00626-JJF<br><br>**ARBITRATION CASE** |

**ENTRY OF APPEARANCE**

On behalf of the Defendant, Commonwealth Construction Company please enter the appearance of

> Michael I. Silverman, Esquire
> 1010 N. Bancroft Parkway
> Suite #22
> Wilmington, Delaware 19805

The defendant reserve the right to answer, move or otherwise plead, including the right to aver

lack of jurisdiction and/or improper service of process.

/S/ Michael I. Silverman
MICHAEL I. SILVERMAN, ESQUIRE
DE Bar ID: 3034
SILVERMAN MCDONALD & FRIEDMAN
1010 North Bancroft Parkway-Suite 22
Wilmington, DE 19805
(302) 888-2900
Attorney for Defendant Commonwealth Construction Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BEKIER AND RENEE BEKIER )<br>)<br>Plaintiff. )<br>)<br>)<br>v. )<br>)<br>COMMONWEALTH CONSTRUCTION )<br>COMPANY, INC., )<br>)<br>Defendant. ) | C.A. No. 1:07-cv-00626-JJF<br><br>**ARBITRATION CASE** |

CERTIFICATE OF SERVICE

I hereby certify that two copies of Michael I. Silverman's Entry of Appearance on behalf of Defendant Commonwealth Construction Company, Inc.'s was served via electronic filing and first class mail, postage prepaid this 17th day of December, 2007 to :

Michael J. McKenna, Esquire
McKenna & Marconi
648 Longwood Avenue
State Highway 38 and Longwood Avenue
Cherry Hill, NJ 08002

/S/: Michael I. Silverman, Esquire
MICHAEL I. SILVERMAN
DE Bar ID: 3034
SILVERMAN, MCDONALD, & FRIEDMAN
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900
Attorney for Defendant Commonwealth
Construction Company