UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK BEKIER AND RENEE BEKIER | ) | C.A. No. 1:07-cv-00626-JJF |
| Plaintiff. | ) | |
| v. | ) | |
| COMMONWEALTH CONSTRUCTION COMPANY, INC., | ) | |
| Defendant. | ) | |

## DEFENDANT'S ANSWER TO THE COMPLAINT

### JURISDICTION

1. Admitted upon information and belief.

2. Admitted

3. Admitted

4. Denied.

### INTRODUCTION TO THE PARTIES

1. Denied

### COMMONWEALTH CONSTRUCTION COMPANY, INC.

2. Denied

### COUNT ONE

### CONSTRUCTION SITE NEGLIGENCE

1. Upon information and belief, Admitted

2. Admitted

3. Admitted

4. Admitted

5. Defendant lacks sufficient information to confirm or deny the allegation made in Paragraph 5.

6. Defendant lacks sufficient information to confirm or deny the allegation made in Paragraph 6.

7. Denied

8. Denied

9. Denied

10. Denied

11. Denied

12. Denied

13. Defendant lacks sufficient information to confirm or deny the allegation made in Paragraph 13.

14. Denied

### **AFFIRMATIVE DEFENSES**

1. Plaintiffs are comparatively negligent.

2. Answering Defendant had no custody or control over the job site at the time of the accident

3. Answering Defendant did not direct, in any manner, the work of the sub-contractor.

4. Plaintiffs have violated the statute of limitations

5. The Borrowed Servant doctrine applies

WHEREFORE, the Defendant, Commonwealth Construction Company, respectfully requests that the Court dismiss the complaint and award Defendant their costs and reasonable attorneys' fees incurred in responding to the complaint, together with such further relief as the

Court may deem just and proper.

/S/ Michael I. Silverman
MICHAEL I. SILVERMAN, ESQUIRE
DE Bar ID: 3034
SILVERMAN MCDONALD & FRIEDMAN
1010 North Bancroft Parkway-Suite 22
Wilmington, DE 19805
(302) 888-2900
Attorney for Defendant Commonwealth Construction Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BEKIER AND RENEE BEKIER )<br>)<br>Plaintiff. )<br>)<br>)<br>v. )<br>)<br>COMMONWEALTH CONSTRUCTION )<br>COMPANY, INC., )<br>)<br>Defendant. ) | C.A. No. 1:07-cv-00626-JJF |

CERTIFICATE OF SERVICE

I hereby certify that two copies of Michael I. Silverman's Answer to the Complaint on behalf of Defendant Commonwealth Construction Company, Inc.'s was served via electronic filing and first class mail, postage prepaid this 8th day of February, 2008 to :

Michael J. McKenna, Esquire
McKenna & Marconi
648 Longwood Avenue
State Highway 38 and Longwood Avenue
Cherry Hill, NJ 08002

/S/: Michael I. Silverman, Esquire
MICHAEL I. SILVERMAN
DE Bar ID: 3034
SILVERMAN ,MCDONALD,& FRIEDMAN
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900
Attorney for Defendant Commonwealth
Construction Company