UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BEKIER and RENEE BEKIER, | : |
| Plaintiff, | : |
| v. | : C.A. No.: 1:07-cv-00626-JJF |
| COMMONWEALTH CONSTRUCTION COMPANY, INC., | : |
| Defendant. | : |

ENTRY OF APPEARANCE

Please enter the appearance of Arthur M. Krawitz, Esquire and Matthew R. Fogg, Esquire, Doroshow, Pasquale, Krawitz & Bhaya, 1202 Kirkwood Highway, Wilmington, DE 19805, on behalf of the plaintiffs, Mark and Renee Bekier.

DOROSHOW, PASQUALE
KRAWITZ & BHAYA

/s/ Matthew R. Fogg

ARTHUR M. KRAWITZ (#2440)
MATTHEW R. FOGG (#4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Attorneys for plaintiffs, Mark and Renee Bekier

DATE: 2/19/08

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BEKIER and RENEE BEKIER,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMONWEALTH CONSTRUCTION COMPANY, INC.,<br><br>    Defendant. | :<br>:<br>:<br>:<br>: C.A. No.: 1:07-cv-00626-JJF<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Matthew R. Fogg, Esquire, hereby certify that I have on this 19th day of February, 2008, served via First Class Mail, two (2) copies of the attached Entry of Appearance upon the following:

Michael I. Silverman, Esquire  
Silverman, McDonald & Friedman  
1010 N. Bancroft Parkway, Ste. 22  
Wilmington, DE 19805

Michael J. McKenna, Esquire  
McKenna & Marconi  
684 Longwood Ave.  
Cherry Hill, NJ 08002

DOROSHOW, PASQUALE  
KRAWITZ & BHAYA

/s/ Matthew R. Fogg

MATTHEW R. FOGG (#4254)  
1202 Kirkwood Highway  
Wilmington, DE 19805  
(302) 998-0100  
Attorney for plaintiffs, Mark and Renee Bekier