IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARK BEKIER and RENEE BEKIER,

    Plaintiff,

v.

COMMONWEALTH CONSTRUCTION
COMPANY, INC.,

    Defendant.

C.A. No.: 1:07-cv-00626 JJF

## NOTICE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that on the 2nd day of April, 2008, two copies of Plaintiffs' Response Pursuant to Federal Rule of Civil Procedure 26(a)(1) were hand-delivered to the following attorney of record at the address indicated:

Michael I. Silverman, Esquire
Silverman, McDonald & Friedman
1010 N. Bancroft Parkway, Ste. 22
Wilmington, DE 19805

DOROSHOW, PASQUALE
KRAWITZ & BHAYA

_____
MATTHEW R. FOGG (#4254)
1202 Kirkwood Highway
Wilmington, DE 19805
Attorney for Plaintiff
(302) 998-0100
MattFogg@dplaw.com