IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARK BEKIER and RENEE BEKIER,

    Plaintiff,

v.

COMMONWEALTH CONSTRUCTION
COMPANY, INC.,

    Defendant.

C.A. No.: 1:07-cv-00626 JJF

## NOTICE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that on the 2nd day of April, 2008, two copies of the following documents to the person(s) listed below:

1. Plaintiffs' First Set of Interrogatories Directed to Defendant;

2. Plaintiffs' First Request for Production Directed to Defendant

Michael I. Silverman, Esquire
Silverman, McDonald & Friedman
1010 N. Bancroft Parkway, Ste. 22
Wilmington, DE 19805

DOROSHOW, PASQUALE
KRAWITZ & BHAYA

/s/ MATTHEW R. FOGG
_____
MATTHEW R. FOGG (#4254)
1202 Kirkwood Highway
Wilmington, DE 19805
Attorney for Plaintiff
(302) 998-0100
MattFogg@dplaw.com