# SILVERMAN McDONALD & FRIEDMAN
*Attorneys at Law*

1010 NORTH BANCROFT PARKWAY
SUITE 22
WILMINGTON, DELAWARE 19805

MICHAEL I. SILVERMAN*
ROBERT C. McDONALD
JEFFREY S. FRIEDMAN†
BRIAN E. LUTNESS**
DONNA M. SCHNITZLER
ANDREA C. PANICO*

TELEPHONE:
(302) 888-2900

TELECOPIER:
(302) 888-2902

*ALSO ADMITTED IN PA
**ALSO ADMITTED IN NJ
†ALSO ADMITTED IN PA AND NJ

June 16, 2008

Judge Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 N. King Street, Room 4209
Lock Box 27
Wilmington, DE 19801

**RE:   Mark Bekier Et Al v Commonwealth Construction Company Et Al**
       **C.A. No: 07-00626 JJF**

Dear Judge Farnan:

   I filed a Motion for Leave to file a Third-Party Complaint in the above matter. It is currently scheduled to be heard on Friday July 11, 2008 at 2:00 pm. I have been contacted by Counsel for Plaintiffs and they have informed me that they are not opposing the Motion.

   At this time, I ask that the Court Grant the Motion for Leave so that service of the third-party complaint may begin. Thank You. If the Court requires any additional information, please feel free to contact my office.

Respectfully Submitted,

Michael I. Silverman (#3034)

MIS/bra
CC: Matthew Fogg, Esquire