UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BEKIER AND RENEE BEKIER )<br>)<br>Plaintiff. )<br>)<br>)<br>v. )<br>)<br>COMMONWEALTH CONSTRUCTION )<br>COMPANY, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 1:07-cv-00626-JJF |

## ORDER

AND NOW, TO WIT, this ____20____ day of ____June____, 2008, having considered Defendants' Motion for Leave to file a Third-Party Complaint to add KNZ Construction, Inc. as a Third-Party Defendant, and the response thereto;

IT IS HEREBY ORDERED that Defendant's Motion is granted and the Third-Party Complaint is deemed filed.

_____
Joseph J. Farnan
J.