

**Law Offices**

**DOROSHOW PASQUALE KRAWITZ & BHAYA**
Est 1978

ERIC M. DOROSHOW, DE, PA, DC
ROBERT PASQUALE, DE, PA
ARTHUR M. KRAWITZ, DE, PA
SHAKUNTLA L. BHAYA, DE, PA
DONALD E. GREGORY, DE
DEBRA C. ALDRICH, DE, PA
DONALD E. MARSTON, DE
ANDREA G. GREEN, DE, MD
JESSICA LEWIS WELCH, DE
ANGELA PINTO ROSS, DE

· · · · ·

VICTORIA J. HOFFMAN, DE, MD, VA, DC
MATTHEW R. FOGG, DE, NJ
CYNTHIA H. PRUITT, DE
NINA PAPPOULIS, DE
TARA A. BLAKELY, DE
DEBORAH J. GALONSKY, DE, NJ
TARA E. BUSTARD, DE, NJ, PA
NICOLE M. EVANS, DE
VINCE R. MELONE, DE, NJ, PA
ELISABETH R. YOUNG, DE
JENNIFER E. ALEXION, MD only

---

1202 Kirkwood Highway
Wilmington, Delaware 19805
**(302) 998-0100**
Facsimile: (302) 998-9114

1701 Pulaski Highway
Bear, Delaware 19701
**(302) 832-3200**
Facsimile: (302) 834-8186

911 S. DuPont Highway
P.O. Box 1428
Dover, Delaware 19903
**(302) 734-8700**
Facsimile: (302) 734-8674

500 W. Loockerman Street
Suite #120
Dover, Delaware 19904
**(302) 674-7100**
Facsimile: (302) 674-5514

28535 Dupont Boulevard
Suite #2
Millsboro, Delaware 19966
**(302) 934-9400**
Facsimile: (302) 934-8400

1008 N. Walnut Street
Milford, Delaware 19963
**(302) 424-7744**
Facsimile: (302) 424-1176

*World Wide Web*
www.dplaw.com

July 9, 2008

**VIA E-FILING**
Honorable Joseph J. Farnan, Jr.
United State District Court
District of Delaware
844 King Street
Wilmington, DE 19801

    **RE:**    **Bekier v. Commonwealth Construction Co., et. al.**
             **C.A. No.: 07-626-JJF**

Dear Judge Farnan:

    I represent the plaintiffs with respect to the above-matter. Currently pending before Your Honor is plaintiffs' Motion to Compel scheduled to be presented on Friday, July 11, 2008.

    Plaintiffs were notified on July 8, 2008 that responses have now been prepared to outstanding discovery requests and will be received by my office in the next several days. Therefore, plaintiff withdraws the pending Motion to Compel.

    Should Your Honor wish to discuss this matter further, please feel free to contact me.

                                       Respectfully Submitted,

                                       MATTHEW R. FOGG
                                       ID # 4254

cc: Michael I. Silverman, Esquire
      Mark and Renee Bekier