IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARK BEKIER and RENEE BEKIER, :
:
    Plaintiff, :    C.A. No.: 1:07-cv-00626 JJF
:
v. :
:
COMMONWEALTH CONSTRUCTION :
COMPANY, INC., :
:
    Defendant. :
:

## NOTICE OF SERVICE

    I, MICHAEL I. SILVERMAN, ESQUIRE, hereby certify that on the 9th day of July, 2008, two copies of the following documents to the person(s) listed below:

1. Defendant's Answers to Plaintiffs' First Set of Interrogatories Directed to Defendant;

2. Defendant's Answers to Plaintiffs' First Request for Production Directed to Defendant

Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

                SILVERMAN MCDONALD & FRIEDMAN

                /s/ MICHAEL I. SILVERMAN

                MICHAEL I. SILVERMAN (#3034)
                1010 North Bancroft Parkway, Suite 22
                Wilmington, DE 19805
                Attorney for Defendant
                (302) 888-2900
                Mike@silverman-mcdonald.com