UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BEKIER AND RENEE BEKIER ) <br> ) <br> Plaintiff. ) <br> ) <br> ) <br> v. ) <br> ) <br> COMMONWEALTH CONSTRUCTION ) <br> COMPANY, INC., ) <br> ) <br> Defendant/Third-party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KNZ CONSTRUCTION, INC., ) <br> ) <br> Third-Party Defendant. ) | C.A. No. 1:07-cv-00626-JJF |

PRAECIPE

PLEASE ISSUE SUMMONS AND THIRD PARTY COMPLAINT upon Brandywine Process Servers for service of process through the Secretary of State pursuant to 10 Del. C. § 3114, upon the following corporation/defendant:

KNZ Construction, Inc.
125 N. Park Street
Dallastown, PA 17313-0238

/s/ Michael I. Silverman
MICHAEL I. SILVERMAN, ESQUIRE (#3034)
SILVERMAN MCDONALD & FRIEDMAN
1010 North Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 888-2900
Attorneys for Defendant/Third-Party Plaintiff
Commonwealth Construction Company, Inc.