OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 16, 2008

KNZ Construction Inc.
125 N. Park Street
Dallastown, PA 17313-0238

RE: Bekier et al v. Commonwealth Construction Company Inc.
Civil Action 07-626 JJF

Dear Sirs:

    Enclosed please find certified copies of Summons, and Complaint. Also, enclosed is a Magistrate consent form.

    This service is being made in accordance with Title 10 of the Delaware Code, Section 3114.

Very truly yours,

*Elizabeth L. Strickler*
Deputy Clerk

Encls.

cc: Michael I. Silverman, Esq.
Silverman McDonald & Friedman
1010 North Bancroft Parkway, Suite 22
Wilmington, DE 19805

Mailed by: *E Strickler*