IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Mark Bekier and Renee Bekier | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 07-626 JJF |
| Commonwealth Construction Company Inc. | : |
| Defendant. | : |
| v. | : |
| KNZ Construction Inc. | : |
| Third-Party Defendant | : |

**AFFIDAVIT**

I, Elizabeth L. Strickler, being first duly sworn, deposed and say that pursuant to Title 10 Del. Code Section 3114, I did send on July 16, 2008 by Registered mail # RA 122 443 604 US to the following individuals to their respective addresses:

KNZ Construction Inc.
125 N. Park Street
Dallastown, PA 17313-0238

certified copies of Summons, and Complaint in the above-styled case. I also enclosed a Magistrate consent form.

_____
Elizabeth L. Strickler
Deputy Clerk

Sworn to and subscribed before me
this 16th day of July, 2008.

_____
Schelley Stokes
Deputy Clerk

07 CV 626

| Registered No. RA122 4436 04 US | | | | Date Stamp |
|---|---|---|---|---|
| Reg. Fee $ | $10.00 | Special Delivery $ | | 0501 |
| Handling Charge $ | $0.00 | Return Receipt $ | $2.20 | 08 |
| Postage $ | $1.17 | Restricted Delivery $ | $0.00 | 07/16/08 |
| Received by | | | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ | $0.00 | With Postal Insurance ☐  Without Postal Insurance ☐ | | |

FROM: U.S. District Court of Delaware - Clerk
CA No. 1:07-CV-00626-JJF
844 N. King Street
Wilmington, DE 19801

TO: KNZ Construction, Inc.
125 N. Paul Street
Dallastown, PA 17313

PS Form 3806, June 2000    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)