UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK BEKIER AND RENEE BEKIER, | : | |
| | : | |
| Plaintiffs, | : | C. A. 07-cv-00626-JJF |
| | : | |
| v. | : | |
| | : | TRIAL BY JURY OF TWELVE |
| COMMONWEALTH CONSTRUCTION COMPANY, INC., | : | DEMANDED |
| | : | |
| Defendant/Third-Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KNZ CONSTRUCTION, INC. | : | |
| | : | |
| Third-Party Defendant. | : | |

## ENTRY OF APPEARANCE

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**PLEASE ENTER THE APPEARANCE** of John D. Balaguer, Esquire and Timothy S. Martin, Esquire on behalf of KNZ Construction, Inc.

**WHITE AND WILLIAMS LLP**

By:   /s/ Timothy S. Martin
**JOHN D. BALAGUER (ID# 2537)**
**TIMOTHY S. MARTIN (ID# 4578)**
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4509
*Attorneys for Defendant,*
*KNZ Construction, Inc.*

Dated: August 5, 2008

PHLDMS1 4547086v.1