

**Law Offices**

**DOROSHOW PASQUALE KRAWITZ & BHAYA**
Est. 1978

ERIC M. DOROSHOW, DE, PA, DC
ROBERT PASQUALE, DE, PA
ARTHUR M. KRAWITZ, DE, PA
SHAKUNTLA L. BHAYA, DE, PA
DONALD E. GREGORY, DE
DEBRA C. ALDRICH, DE, PA
DONALD E. MARSTON, DE
ANDREA G. GREEN, DE, MD
JESSICA LEWIS WELCH, DE
ANGELA PINTO ROSS, DE

· · · · ·

VICTORIA J. HOFFMAN, DE, MD, VA, DC
MATTHEW R. FOGG, DE, NJ
CYNTHIA H. PRUITT, DE
NINA PAPPOULIS, DE
TARA A. BLAKELY, DE
DEBORAH J. GALONSKY, DE, NJ
TARA E. BUSTARD, DE, NJ, PA
NICOLE M. EVANS, DE
VINCE R. MELONE, DE, NJ, PA
ELISABETH R. YOUNG, DE
JENNIFER E. ALEXION, MD only

1202 Kirkwood Highway
Wilmington, Delaware 19805
**(302) 998-0100**
Facsimile: (302) 998-9114

1701 Pulaski Highway
Bear, Delaware 19701
**(302) 832-3200**
Facsimile: (302) 834-8186

911 S. DuPont Highway
P.O. Box 1428
Dover, Delaware 19903
**(302) 734-8700**
Facsimile: (302) 734-8674

500 W. Loockerman Street
Suite #120
Dover, Delaware 19904
**(302) 674-7100**
Facsimile: (302) 674-5514

28535 Dupont Boulevard
Suite #2
Millsboro, Delaware 19966
**(302) 934-9400**
Facsimile: (302) 934-8400

1008 N. Walnut Street
Milford, Delaware 19963
**(302) 424-7744**
Facsimile: (302) 424-1176

*World Wide Web*
www.dplaw.com

August 18, 2008

PLEASE RESPOND TO:

1202 Kirkwood Highway
Wilmington, DE 19805

Writer's Email:
MattFogg@dplaw.com

**VIA E-FILING**
The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

RE:   Mark & Renee Bekier v. Commonwealth Construction Co., Inc., et. al.
      <u>C.A. No.: 07-cv-00626-JJF</u>

Dear Judge Farnan:

I am in receipt of defendant, KNZ Construction, Inc.'s Motion to Dismiss. Plaintiffs Mark and Renee Bekier take no position with respect to this Motion.

Should Your Honor wish to discuss this matter further, please feel free to contact me.

Respectfully submitted,

MATTHEW R. FOGG
Attorney at Law

MRF:mle
cc:   Michael I. Silverman, Esquire
      John D. Balaguer, Esquire
      Timothy S. Martin, Esquire
      Mark & Renee Bekier

F:\PUBLIC\WORD\LETTERS\W0818MRF.doc