UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK BEKIER AND RENEE BEKIER | ) | |
| | ) | C.A. No. 1:07-cv-00626-JJF |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMMONWEALTH CONSTRUCTION COMPANY, INC., | ) | |
| | ) | |
| Defendant/Third-party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KNZ CONSTRUCTION, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## STIPULATION TO AMEND THIRD-PARTY COMPLAINT

The parties, Defendant/Third-Party Plaintiff Commonwealth Construction Company, Inc. ("Commonwealth") and Third-Party Defendant KNZ Construction, Inc. ("KNZ"), by and through their undersigned counsel, hereby agree to allow Commonwealth to amend its Third-Party Complaint against KNZ so as to allege claims based on contractual indemnification in lieu of the negligence claims originally asserted. KNZ acknowledges that, should the Court approve this Stipulation, the contents of KNZ's Motion to Dismiss will be rendered moot.

**WHITE AND WILLIAMS LLP**

/s/ Timothy S. Martin
TIMOTHY S. MARTIN, I.D. #4578
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: (302) 467-4509
martint@whiteandwilliams.com
*Attorney for Third-Party Defendant,*
*KNZ Construction, Inc.*


**SILVERMAN MCDONALD & FRIEDMAN**

/s/ Michael I. Silverman
MICHAEL I. SILVERMAN, ESQUIRE #3034
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900
mike@silverman-mcdonald.com
*Attorney for Defendant/Third-party Plaintiff*
*Commonwealth Construction Company*


SO ORDERED this _____ day of _____, 2008


_____
The Honorable Joseph J. Farnan, Jr.

# SILVERMAN McDONALD & FRIEDMAN
*Attorneys at Law*

1010 NORTH BANCROFT PARKWAY
SUITE 22
WILMINGTON, DELAWARE 19805

MICHAEL I. SILVERMAN*
ROBERT C. McDONALD
JEFFREY S. FRIEDMAN†
BRIAN E. LUTNESS**
DONNA M. SCHNITZLER
ANDREA C. PANICO*

TELEPHONE:
(302) 888-2900

TELECOPIER:
(302) 888-2923

*ALSO ADMITTED IN PA
**ALSO ADMITTED IN NJ
†ALSO ADMITTED IN PA AND NJ

August 22, 2008

The Honorable Joseph J. Farnan, Jr.
District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

RE:   Mark Bekier Et Al v Commonwealth Construction Company Et Al
      C.A. No: 07-626 JJF

Dear Judge Farnan:

On August 8, 2008, Third-Party Defendant KNZ Construction ("KNZ") filed a Motion to Dismiss pertaining to negligence claims brought against it by Third-Party Plaintiff Commonwealth Construction Company ("Commonwealth"). Commonwealth's response to KNZ's motion is due this Monday, August 25, 2008.

Rather than filing a response to KNZ's Motion to Dismiss however, Commonwealth has stipulated with KNZ to allow Commonwealth to amend its Complaint so as to allege claims based on contractual indemnification in lieu of the negligence claims originally asserted. It is my expectation that filing the Stipulation and Amended Complaint will render moot the contents of KNZ's Motion to Dismiss and obviate the need to file a response thereto. KNZ reserves the right to respond by filing an Answer, a Renewed Motion to Dismiss, or otherwise plead to Commonwealth's Amended Third-Party Complaint. Should this meet with the approval of the Court, the parties respectfully request that the Court execute the stipulation, enter the same as an Order, and allow the Third-Party Complaint to be filed.

Respectfully Submitted,

/s/ Michael I. Silverman (I.D. #3034)

Michael I. Silverman

MIS/dmr
Enclosure

CC: Matthew Fogg, Esquire; Timothy Martin, Esquire

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BEKIER AND RENEE BEKIER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMONWEALTH CONSTRUCTION )<br>COMPANY, INC., )<br>)<br>Defendant/Third-party Plaintiff, )<br>)<br>v. )<br>)<br>KNZ CONSTRUCTION, INC., )<br>)<br>Third-Party Defendant. ) | C.A. No. 1:07-cv-00626-JJF |

## AMENDED THIRD-PARTY COMPLAINT AGAINST KNZ CONSTRUCTION, INC.

### JURISDICTION

1. Jurisdiction is conferred upon this Court pursuant to 28 U.S.C. Section 1332 (a), as there is diversity of citizenship and the matter in controversy exceeds One Hundred Fifty Thousand Dollars ($150,000.00), exclusive of interests and costs.

2. Plaintiffs Mark and Renee Bekier are citizens of the County of Camden, State of New Jersey, residing at 217 Bradley Avenue, Bellmawr, New Jersey.

3. Defendant/Third-Party Plaintiff Commonwealth Construction Company, Inc. ("Commonwealth" or "Commonwealth Construction") has its principal place of business at 2317 Pennsylvania Avenue, Wilmington, DE 19806.

4. Third-Party Defendant KNZ Construction, Inc. ("KNZ" or "KNZ Construction")

has its principal place of business at 125 N. Park Street, Dallastown, PA 17313-0238.

5.  KNZ Construction has conducted substantial business in the state of Delaware.

## COUNT ONE

## CONTRACTUAL INDEMNIFICATION

6.  Defendant/Third-Party Plaintiff Commonwealth Construction hereby incorporates the facts as set forth in Plaintiff Mark Bekier's Complaint.

7.  On February 2, 2005, Plaintiff Mark Bekier allegedly sustained injury when he fell approximately 10 feet to the ground while attempting to install an apparatus on the roof of a building located at 51 West Main Street, Middletown, Delaware.

8.  At the time of the accident, Defendant/Third-Party Plaintiff Commonwealth Construction was the general contractor on a construction project involving the above mentioned building. Commonwealth had subcontracted Third-Party Defendant KNZ Construction to install a translucent lighting system on the roof of said building. Plaintiff Bekier was employed by KNZ at the time of his fall.

9.  On February 1, 2007, Plaintiff Bekier brought a negligence action against Commonwealth Construction in the District Court for the District of New Jersey. Plaintiff's case was transferred to this Court on October 15, 2007.

10.  Section 4.6 of the written contract entered into between Commonwealth and KNZ contains express provisions for indemnification applicable in the event that a KNZ employee is injured during the course of employment and subsequently asserts claims related to said injury against Commonwealth.

**WHEREFORE**, in accordance with the indemnification provisions contained in the governing contract, Defendant/Third-Party Plaintiff Commonwealth Construction demands judgment against Third-Party Defendant KNZ Construction for all sums which may be adjudged in favor of the Plaintiff and against Commonwealth. Additionally, Commonwealth respectfully requests that the Court award Commonwealth its costs and reasonable attorneys' fees incurred in responding to the Complaint, together with such further relief as the Court may deem just and proper.

/s/ Michael I. Silverman
MICHAEL I. SILVERMAN, ESQUIRE (#3034)
SILVERMAN MCDONALD & FRIEDMAN
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900
mike@silverman-mcdonald.com
*Attorney for Defendant/Third-party Plaintiff*
*Commonwealth Construction Company*