UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK BEKIER AND RENEE BEKIER | ) | |
| | ) | C.A. No. 1:07-cv-00626-JJF |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMMONWEALTH CONSTRUCTION COMPANY, INC., | ) | |
| | ) | |
| Defendant/Third-party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KNZ CONSTRUCTION, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## AMENDED THIRD-PARTY COMPLAINT AGAINST KNZ CONSTRUCTION, INC.

### JURISDICTION

1. Jurisdiction is conferred upon this Court pursuant to 28 U.S.C. Section 1332 (a), as there is diversity of citizenship and the matter in controversy exceeds One Hundred Fifty Thousand Dollars ($150,000.00), exclusive of interests and costs.

2. Plaintiffs Mark and Renee Bekier are citizens of the County of Camden, State of New Jersey, residing at 217 Bradley Avenue, Bellmawr, New Jersey.

3. Defendant/Third-Party Plaintiff Commonwealth Construction Company, Inc. ("Commonwealth" or "Commonwealth Construction") has its principal place of business at 2317 Pennsylvania Avenue, Wilmington, DE 19806.

4. Third-Party Defendant KNZ Construction, Inc. ("KNZ" or "KNZ Construction")

has its principal place of business at 125 N. Park Street, Dallastown, PA 17313-0238.

5. KNZ Construction has conducted substantial business in the state of Delaware.

## COUNT ONE

## CONTRACTUAL INDEMNIFICATION

6. Defendant/Third-Party Plaintiff Commonwealth Construction hereby incorporates the facts as set forth in Plaintiff Mark Bekier's Complaint.

7. On February 2, 2005, Plaintiff Mark Bekier allegedly sustained injury when he fell approximately 10 feet to the ground while attempting to install an apparatus on the roof of a building located at 51 West Main Street, Middletown, Delaware.

8. At the time of the accident, Defendant/Third-Party Plaintiff Commonwealth Construction was the general contractor on a construction project involving the above mentioned building. Commonwealth had subcontracted Third-Party Defendant KNZ Construction to install a translucent lighting system on the roof of said building. Plaintiff Bekier was employed by KNZ at the time of his fall.

9. On February 1, 2007, Plaintiff Bekier brought a negligence action against Commonwealth Construction in the District Court for the District of New Jersey. Plaintiff's case was transferred to this Court on October 15, 2007.

10. Section 4.6 of the written contract entered into between Commonwealth and KNZ contains express provisions for indemnification applicable in the event that a KNZ employee is injured during the course of employment and subsequently asserts claims related to said injury against Commonwealth.

**WHEREFORE**, in accordance with the indemnification provisions contained in the governing contract, Defendant/Third-Party Plaintiff Commonwealth Construction demands judgment against Third-Party Defendant KNZ Construction for all sums which may be adjudged in favor of the Plaintiff and against Commonwealth. Additionally, Commonwealth respectfully requests that the Court award Commonwealth its costs and reasonable attorneys' fees incurred in responding to the Complaint, together with such further relief as the Court may deem just and proper.

/s/ Michael I. Silverman
MICHAEL I. SILVERMAN, ESQUIRE (#3034)
SILVERMAN MCDONALD & FRIEDMAN
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900
mike@silverman-mcdonald.com
*Attorney for Defendant/Third-party Plaintiff*
*Commonwealth Construction Company*