UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK BEKIER AND RENEE BEKIER | ) | |
| | ) | C.A. No. 1:07-cv-00626-JJF |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMMONWEALTH CONSTRUCTION COMPANY, INC., | ) | |
| | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| KNZ CONSTRUCTION, INC., | ) | |
| | ) | |
| Third-Party Defendant. | | |

## NOTICE OF SERVICE

I hereby certify that two copies of Defendant/Third Party Plaintiff Commonwealth Construction Company's, Inc.'s Interrogatories and Request for Production of Documents were served via electronic filing and first class mail, postage prepaid this 5th day of September, 2008 to:

Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

Timothy S. Martin, Esquire
White & Williams LLP
824 N. Market Street, Suite 902
PO Box 709
Wilmington, DE 19899

/S/: Michael I. Silverman, Esquire
MICHAEL I. SILVERMAN(#3034)
SILVERMAN MCDONALD & FRIEDMAN
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
Attorney for Commonwealth Construction Company