UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BEKIER AND RENEE BEKIER )<br>)<br>Plaintiff. )<br>)<br>)<br>v. )<br>)<br>COMMONWEALTH CONSTRUCTION )<br>COMPANY, INC., )<br>)<br>Defendant/Third-Party Plaintiff, )<br>)<br>KNZ CONSTRUCTION, INC., )<br>) | C.A. No. 1:07-cv-00626-JJF |

**NOTICE OF DEPOSITIONS**

**PLEASE TAKE NOTICE** that the undersigned will take the deposition of Mark Bekier on November 20, 2008, starting at 10:00 a.m. The deposition of Renee Bekier will occur on November 20, 2008 at 11:30 am. Said deposition will be taken at the office of White & Williams, LLP, 824 N. Market Street, Suite 902, Wilmington, DE.

 

SILVERMAN McDONALD & FRIEDMAN

/s/: Michael I. Silverman
Michael I. Silverman, Esquire (#3034)
Silverman McDonald & Friedman
1010 North Bancroft Parkway, Suite 22
Wilmington, DE 19899
(302) 888-2900
Attorney for Defendant Commonwealth
Construction Company, Inc.

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BEKIER AND RENEE BEKIER ) | |
| ) | C.A. No. 1:07-cv-00626-JJF |
| Plaintiff. ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| COMMONWEALTH CONSTRUCTION ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant/Third-Party Plaintiff, ) | |
| ) | |
| KNZ CONSTRUCTION, INC., ) | |
| ) | |
| Third-Party Defendant. | |

### NOTICE OF SERVICE

I hereby certify that two copies of Defendant/Third Party Plaintiff Commonwealth Notice of Depositions was served via electronic filing and first class mail, postage prepaid this 5th day of September, 2008 to:

Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

Timothy S. Martin, Esquire
White & Williams LLP
824 N. Market Street, Suite 902
PO Box 709
Wilmington, DE 19899

/S/: Michael I. Silverman, Esquire
MICHAEL I. SILVERMAN(#3034)
SILVERMAN MCDONALD & FRIEDMAN
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
Attorney for Commonwealth Construction Company